

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00254-CV

| | | |
|---|---|---|
| SSCP MANAGEMENT INC., SDHAROD ENTERPRISES, INC., APPLE TEXAS RESTAURANTS, INC., AND TEXAS APPLE, LLC, Appellants | § § | On Appeal from the 43rd District Court of Parker County (CV18-1720) |
| v. | § | December 23, 2020 |
| SUTHERLAND/PALUMBO, LLC, Appellee | § | Opinion by Justice Wallach |

## JUDGMENT ON REHEARING

After considering the Appellee Sutherland/Palumbo, LLC's motion for rehearing, we deny the motion. We withdraw our August 6, 2020 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm that

portion of the trial court's judgment that denies Appellants SSCP Management Inc., Sdharod Enterprises, Inc., Apple Texas Restaurants, Inc., and Texas Apple, LLC's TCPA motion as to Sutherland's claims for fraud by nondisclosure, conspiracy, and DTPA violations based on Appellants' alleged nondisclosure, unconscionable acts, and breach of warranties. We reverse that portion of the trial court's judgment that denies Appellants' TCPA motion as to Sutherland's remaining claims, reverse the trial court's award of attorney's fees to Sutherland, and remand this case to the trial court for further proceedings.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/Mike Wallach_____
      Justice Mike Wallach